UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| ALFREDO ROLANDO PRIETO, )<br>)<br>Petitioner – Appellant )<br>) | Case No. 14-4<br>(3:13-cv-00849-HEH) |
| v. )<br>) | |
| KEITH W. DAVIS, )<br>Warden, Sussex I State Prison, )<br>) | |
| Respondent. - Appellee ) | |

### APPELLANT'S MOTION FOR
### APPOINTMENT OF CO-COUNSEL

COMES NOW, the Appellant, by and through counsel, and moves this Honorable Court to approve this Motion for the appointment of co-counsel in order to ensure effective assistance of counsel.

IN SUPPORT THEREOF, the Appellant respectfully states as follows:

1. This matter involves a Petition for Habeas Corpus, on an underlying conviction in which the death penalty was imposed;

2. This Court appointed the undersigned, Cary B. Bowen, Esquire, as lead counsel to represent the Appellant in these proceedings, pursuant to the provisions of 18 U.S.C. § 3599(c);

3. Miriam Airington served as co-counsel in the U.S. District Court.

4. This case is legally and procedurally complex, and it is appropriate for co-counsel to be appointed.

WHEREFORE, Appellant requests that this Court appoint Miriam Airington, Esquire, as co-counsel in this matter.

Respectfully Submitted,

ALFREDO ROLANDO PRIETO

By: _____/s/_____
Cary B. Bowen, Esquire, VSB #17313
Bowen, Champlin, Foreman & Rockecharlie
1919 Huguenot Road, Suite 100
Richmond, Virginia 23235
(804) 379-1900
Facsimile: (804) 423-2200
cbowen@bowenlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of November, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the following:

Alice Theresa Armstrong, Esquire
Main Street Centre - 18th Floor
600 E. Main Street
Richmond, VA 23219
aarmstrong@oag.state.va.us

By: _____/s/_____
Cary B. Bowen, Esquire, VSB #17313
Bowen, Champlin, Foreman & Rockecharlie
1919 Huguenot Road, Suite 100
Richmond, Virginia 23235
(804) 379-1900
Facsimile: (804) 423-2200
cbowen@bowenlawfirm.com
Counsel for Appellant